So Ordered.

Dated: March 15, 2023



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 21-26042 |
| Tina Maria Watson | CHAPTER 13 |
| Debtor. | JUDGE Beth E. Hanan |

**ORDER APPROVING STIPULATION RESOLVING RENEWED MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT REGARDING PROPERTY LOCATED AT 1623 N. 24TH PLACE, MILWAUKEE, WI 53205**

U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust (the "Movant") filed a Letter of Renewal on February 15, 2023 (Doc. 52) and Motion for Relief from Stay (Docket No. 27) on March 24, 2022, seeking authorization for Movant to obtain possession and liquidate the collateral through appropriate State Court proceedings with respect to the property located at 1623 N. 24th Place, Milwaukee, WI 53205 (the "Property"). An objection to the Letter of Renewal was filed by the Debtor on March 1, 2023 (Docket No. 54). The facts recited in the motion show that the account was post-petition delinquent at the time of filing. Debtor is currently post-petition delinquent for the month of December 1, 2022 through January

1, 2023 in the amount of $637.04, the month of February 1, 2023 through March 1, 2023 in the amount of $674.84 and attorney fees and costs in the amount of $200.00 for a total amount due of $2,895.76. In order to eliminate the post-petition delinquency, Movant will file a Supplemental Proof of Claim in the amount of $2,895.76 to be paid through the Chapter 13 Plan. Movant will file the Supplemental Proof of Claim within thirty (30) days of entry of this order

IT IS FURTHER ORDERED: The continuation of the automatic stay will remain in effect upon provisions incorporated herein.

IT IS FURTHER ORDERED: In the event that said Debtor should fail to make any of the regular post-petition payments on the date that it is contractually due, then Movant shall give ten (10) days' notice to Debtor's counsel and to the Debtor; and thereafter Movant shall file with the Court an affidavit certifying that the Debtor is in default under the terms of the Stipulation and upon submission of such affidavit, the Court shall enter an order, without hearing, providing Movant with relief from stay. If a default occurs and Creditor is granted relief from the stay, the Trustee will make no further distributions towards Creditor's secured claim.

IT IS FURTHER ORDERED: Abandonment shall be granted in the event that relief from the automatic stay is granted in the future.

####

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 21-26042 |
| Tina Maria Watson | CHAPTER 13 |
| Debtor. | JUDGE Beth E. Hanan |

## STIPULATION RESOLVING RENEWED MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT REGARDING PROPERTY LOCATED AT 1623 N. 24th PLACE, MILWAUKEE, WI 53205

U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust ("Movant"), by and through its undersigned counsel, has moved this Court pursuant to the Letter of Renewal filed February 15, 2023 (Doc. 52) and the Motion for Relief from Stay and Abandonment (Docket No. 27), dated March 24, 2022, seeking authorization for Movant to obtain possession of said collateral and liquidate the collateral through appropriate State Court proceedings. Said collateral is described as: 1623 N. 24th Place, Milwaukee, WI 53205. The undersigned states that the Letter of Renewal was filed and that an objection was filed by the Debtor on March 1, 2023 (Docket No. 54). The parties have entered into an agreement pursuant to 11 U.S.C. § 362 and Fed. R. Bankr.P. 4001(d).

Based on the Parties' AGREEMENT, the above-referenced stays are continued on Movant's collateral, 1623 N. 24th Place, Milwaukee, WI 53205pending compliance with the following incorporated terms:

1. The facts recited in the motion show that the account was post-petition delinquent at the time of filing. Debtor is currently post-petition delinquent for the month of December 1, 2022 through January 1, 2023 in the amount of $637.04, the months of February 1, 2023

through March 1, 2023 in the amount of $674.84 each, attorney fees and costs in the amount of $200.00 for a total amount due of $2,895.76.

2. In order to eliminate said post-petition delinquency, Movant will file a Supplemental Proof of Claim in the amount of $2,895.76 to be paid through the Chapter 13 Plan. Movant will file the Supplemental Proof of Claim within thirty (30) days of entry of this order.

3. The Debtor shall resume regular monthly payments in the amount of $674.84 each. The next monthly payment will be due April 1, 2023.

4. The Movant is provided a 6-month doomsday provision on the regular monthly mortgage payments beginning with the April 1, 2023 payment and continuing through and including September 1, 2023 payment. Should the Debtor fail to timely remit any of said payments or should any of said payments be returned for insufficient funds, Movant may file an affidavit and proposed order and request that the relief requested in its motion for relief from automatic stay be granted.

5. Thereafter, Movant shall have the right to renew its Motion via letter to the Court for the remainder of the Plan.

6. Abandonment shall be granted in the event that relief from the automatic stay is granted in the future.

7. The Parties respectfully request the Court to enter the Proposed Order attached hereto.

Submitted and approved by:

_/s/ Molly Slutsky Simons_____
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444-4100
bankruptcy@sottileandbarile.com
Attorney for Movant


/s/ Kathryn Kay MacKenzie_____
Kathryn Kay MacKenzie
Geraci Law L.L.C.
55 East Monroe St, Suite #3400
Chicago, IL 60603
Phone: 312.332.1800
Fax: 877.247.1960
wal@geracilaw.com
Attorney for Debtor


/s/ Scott Lieske_____
Scott Lieske
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Phone: 414.71.3943
ecf@chapter13milwaukee.com