So Ordered.

Dated: June 1, 2023



Beth E. Hanan
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 21-26042 |
| Tina Maria Watson | CHAPTER 13 |
| Debtor. | CHIEF JUDGE Beth E. Hanan |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT**

This matter is before the Court upon the Affidavit of Default filed by U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust ("Creditor") on May 22, 2023 (the "Affidavit"). The Court, having reviewed the Affidavit, the Stipulation (Doc. 57) filed on March 13, 2023 and approved by the Court on March 15, 2023 (Doc. 60), and the Motion for Relief from Stay and Abandonment filed by Creditor on March 24, 2022 (Doc. 27), and being other duly advised, now rules as follow:

Pursuant to the Stipulation, the Court hereby terminates the automatic stay of 11 U.S.C. §362 with respect to Creditor and the property located at 1623 N. 24th Place, Milwaukee, WI

53205 ("Property") to permit the Movant to exercise its rights and state court remedies with respect to the Property under the terms of the loan documents and applicable non-bankruptcy law.

IT IS FURTHER ORDERED that the Chapter 13 Trustee is authorized and directed to abandon the property known as: 1623 N. 24th Place, Milwaukee, WI 53205.

IT IS FURTHER ORDERED: As requested in the Motion, this Order is effective immediately and is not stayed for 14 days pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3).

# # # # #

This order prepared by:

SOTTILE & BARILE, LLC
Attorneys for Movant

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com